## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT FUND, EDMUND SWEENEY, PETER FELKER, THOMAS TOLDRIAN, and HOWARD WORSEY, individually, on behalf of similarly-situated shareholders, and derivatively on behalf of,<br><br>COMMONWEALTH REIT,<br><br>   Plaintiffs,<br><br>   v.<br><br>BARRY M. PORTNOY, ADAM D. PORTNOY, JOHN C. POPEO, PATRICK F. DONELAN, WILLIAM A. LAMKIN, JOSEPH L. MOREA, FREDERICK N. ZEYTOONJIAN, and REIT MANAGEMENT & RESEARCH LLC,<br><br>   Defendants,<br><br>   and<br><br>COMMONWEALTH REIT,<br><br>   Nominal Defendant. | C. A. No. 1:13-cv-10405-DJC<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR MOTION FOR A SPEEDY DECLARATORY HEARING UNDER RULE 57 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND FOR DECLARATORY AND/OR INJUNCTIVE RELIEF |

   Plaintiffs hereby move for leave pursuant to Local Rule 7.1(B)(3) to file their second notice of supplemental authority in further support of Plaintiffs' Motion for a Speedy Hearing and for Declaratory and/or Injunctive Relief, dated March 29, 2013 [Dkt. #39] ("Motion").

The supplemental authority, *Chavarria v. Ralphs Grocery Co.*, No. 11-56673, 2013 U.S. App. LEXIS 21959, 2013 WL 5779332 (9th Cir. Oct. 28, 2013), attached as Exhibit A, is relevant to the Motion which is scheduled to be heard on November 20, 2013 in the above-captioned matter.

| | |
|---|---|
| Dated: November 15, 2013 | **RESPECTFULLY SUBMITTED,** |
| CHIMICLES & TIKELLIS LLP | SHAPIRO HABER & URMY LLP |
| /s/ Kimberly Donaldson Smith | /s/ Thomas G. Shapiro |
| Nicholas E. Chimicles (PA# 17928) | Thomas G. Shapiro (BBO# 454680) |
| Kimberly Donaldson Smith (PA# 83116) | Edward F. Haber (BBO# 215620) |
| Catherine Pratsinakis (DE# 4820) | 53 State Street |
| One Haverford Square | Boston, MA 02109 |
| 361 Lancaster Ave. | Telephone: (617) 439-3939 |
| Haverford, PA 19041-1554 | Facsimile: (617) 439-0134 |
| Telephone: (610)642-8500 | TShapiro@shulaw.com |
| Counsel for Plaintiffs, admitted *pro hac vice* | Counsel for Plaintiffs |

LOCAL RULE 7.1 CERTIFICATION

I, Catherine Pratsinakis, hereby certify that, in compliance with Local Rule 7.1(a)(2), I conferred with Stephen Dargitz and Jessica Raatz of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Trustees, regarding the filing of Plaintiffs' Motion for Leave to File Second Notice of Supplemental Authority in Further Support of their Motion for a Speedy Declaratory hearing Under Rule 57 of the Federal Rules of Civil Procedure and for Declaratory and/or Injunctive Relief. Counsel for Plaintiffs sought the assent of counsel for Trustees before filing this Motion. Trustees' Counsel took no position on the filing.

CERTIFICATE OF SERVICE

I, Catherine Pratsinakis, hereby certify that Plaintiffs' Motion for Leave to File Second Notice of Supplemental Authority in Further Support of their Motion for a Speedy Declaratory hearing Under Rule 57 of the Federal Rules of Civil Procedure and for Declaratory and/or Injunctive Relief was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 15, 2013.

/s/ Catherine Pratsinakis