UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DELAWARE COUNTY EMPLOYEES            :
RETIREMENT FUND, et al.,
                                     :
         Plaintiffs,                    Civil Action
                                     :  No. 13-10405-DJC
    v.
                                     :
BARRY M. PORTNOY, et al.,
                                     :
         Defendants.
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THE TRUSTEE DEFENDANTS' UNOBJECTED TO
MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY IN
FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR A SPEEDY
DECLARATORY HEARING UNDER RULE 57 OF THE FEDERAL RULES
OF CIVIL PROCEDURE AND FOR DECLARATORY AND/OR INJUNCTIVE RELIEF**

The Trustees of CommonWealth REIT ("CWH"), by and through their undersigned counsel, hereby move pursuant to Local Rule 7.1(B)(3) for leave to submit a notice of supplemental authority in further opposition to the Motion for a Speedy Declaratory Hearing Under Rule 57 of the Federal Rules of Civil Procedure and for Declaratory and/or Injunctive Relief (the "Motion for Declaratory Judgment") (Docket No. 39) filed by Plaintiffs Delaware County Employees Retirement Fund, Edmund Sweeny, Peter Felker, Thomas Toldrian, and Howard Worsey (collectively, "DelCo").[1]  As grounds for this motion, the Trustees state as follows:

1. On June 19, 2013, DelCo filed a motion for leave to file a notice of supplemental authority (the "Motion for Leave") (Docket No. 62), attaching *Feeney v. Dell, Inc.*, 465

---

[1] Unless otherwise stated, capitalized terms have the same meaning as in the Trustees' Memorandum of Law in Opposition to DelCo's Motion for Declaratory Judgment (Docket No. 45).

Mass. 470 (2013), which was decided on June 12, 2013. As explained in the Trustees' response, filed on July 3, 2013, DelCo's Motion for Leave overstated the applicability of *Feeney* to this action, as well as the continuing viability of the Massachusetts Supreme Judicial Court's opinion in light of the more recent decision from the United States Supreme Court in *American Express Co. v. Italian Colors Restaurant*, 133 S. Ct. 2304 (2013).

2. On October 23, 2013, this Court granted Plaintiffs' Motion for Leave (Docket No. 73). On October 28, 2013, Plaintiffs filed the supplemental authority (Docket No. 77).

3. On August 1, 2013, the Massachusetts Supreme Judicial Court issued another opinion in the *Feeney* action, which held that *American Express* had overruled its June 12, 2013 opinion. *Feeney v. Dell, Inc.*, 466 Mass. 1001, 1001 (2013) ("We conclude that following *Amex*, our analysis in *Feeney II* no longer comports with the Supreme Court's interpretation of the FAA.").

4. Also on June 12, 2013, the Massachusetts Supreme Judicial Court issued an opinion in *Machado v. System4 LLC*, 465 Mass. 508 (2013), which reversed the invalidation of an arbitration agreement that contained a waiver of class actions. On August 1, 2013, the Massachusetts Supreme Judicial Court issued a second opinion in *Machado v. System4 LLC*, 466 Mass. 1004 (2013), in which it stated that while its ultimate holding remained sound, "Amex abrogates so much of our analysis in Machado as relies on our decision in Feeney II." *Id.* at 1004.

WHEREFORE, the Trustees respectfully request that this Court grant the Trustees leave to file the Notice of Supplemental Authority attached hereto as Exhibit A.

| | |
|---|---|
| Dated: November 18, 2013<br>Boston, Massachusetts | Respectfully submitted, |
| | */s/ James R. Carroll* |
| Of Counsel: | James R. Carroll (BBO #554426) |
| Robert S. Saunders | SKADDEN, ARPS, SLATE, |
| Stephen D. Dargitz |    MEAGHER & FLOM LLP |
| Joseph O. Larkin | One Beacon Street |
| Daniel R. Ciarrocki | Boston, Massachusetts  02108 |
| Jessica L. Raatz | (617) 573-4800 |
| SKADDEN, ARPS, SLATE, | James.Carroll@skadden.com |
|    MEAGHER & FLOM LLP | |
| One Rodney Square | *Counsel for Defendants Barry M. Portnoy,* |
| 920 N. King Street | *Adam D. Portnoy, John C. Popeo, Patrick* |
| Wilmington, Delaware  19809 | *F. Donelan, William A. Lamkin, Joseph L.* |
| (302) 651-3000 | *Morea, and Frederick N. Zeytoonjian* |
| Rob.Saunders@skadden.com | |
| Stephen.Dargitz@skadden.com | |
| Joseph.Larkin@skadden.com | |
| Daniel.Ciarrocki@skadden.com | |
| Jessica.Raatz@skadden.com | |

## LOCAL RULE 7.1 CERTIFICATION

I, James R. Carroll, hereby certify that counsel for the Trustees sought the assent of counsel to the Plaintiffs before filing this motion.  Counsel to the Plaintiffs took no position on the filing.

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 18, 2013.

Dated:  November 18, 2013             */s/ James R. Carroll*
                                                       James R. Carroll