UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DELAWARE COUNTY EMPLOYEES**
**RETIREMENT FUND**

V.                                                    CIVIL ACTION NO. **13-10405-DJC**

**BARRY PORTNOY, ET AL**

### ORDER OF DISMISSAL

CASPER, D.J.

    In accordance with the ECF Order dated June 20, 2014, D. 125, the Court allows the motions to compel arbitration and DISMISSES this action.

June 23, 2014                                              /s/ Lisa M. Hourihan
                                                                                            Deputy Clerk